IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RACHEL BURROUGHS, Administrator of the Estate of Sean Eric Burroughs, Deceased, ) ) ) ) | |
| Plaintiff ) ) | |
| vs. ) ) | Case No. 04-cv-4224-JPG |
| NATIONWIDE TOWER COMPANY, ) ) | |
| Defendant ) | |

## **JUDGMENT**

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

Dated:  November 29, 2006            by:s/Deborah Agans, Deputy Clerk


Approved:  s/ J. Phil Gilbert
           **J. PHIL GILBERT
           DISTRICT JUDGE**